UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:04-cr-551-T-27MAP

JUAN DE DIOS MIRANDA MEDRANO
_____/

## REPORT AND RECOMMENDATION

In March 2005, the Court sentenced the Defendant to 168 months for conspiracy to possess with the intent to distribute five or more kilograms of cocaine while aboard a vessel subject to the jurisdiction of the United States (doc. 53). He later unsuccessfully appealed his sentence (doc. 118). Seven years after these events, the Defendant filed a "motion for sentence adjustment." *See* doc. 128. The Court denied the motion concluding it was without jurisdiction to modify the sentence on the grounds the Defendant argued in his motion (doc. 131). The Defendant next filed a notice of appeal and now seeks the Court's leave to proceed on appeal *in forma pauperis* (doc. 133). His application is not well taken as he must show he takes his appeal in "good faith." "Good faith" under 28 U.S.C. § 1915 is established by "the presentation of any issue that is not plainly frivolous"; in other words, denial would be warranted if the issue raised was "so frivolous that the appeal would be dismissed in the case of a nonindigent litigant." *See Ellis v. United States*, 356 U.S. 674, 674-675 (1958). For the reasons stated by the Court in its December 17, 2012, Order, I find the appeal frivolous and recommend the Defendant's *in forma pauperis* application (doc. 133) be denied.

IT IS SO REPORTED at Tampa, Florida on April 8, 2013.

*[signature]*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within 14 days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982) (*en banc*).


cc: Hon. James D. Whittemore
     Counsel of Record
     *pro se* Defendant